*J. Guthrie,* for appellants.

---

WRIGHT *v.* ROGERS, President of the WABASH VALLEY BANK, and Another.

APPEAL from the *Cass* Common Pleas.

GREGORY, C. J.—Appeal from an order of the court below overruling a motion to set aside an execution issued by the clerk, on a judgment rendered *September* 9th, 1859, in favor of the bank, against the appellant and one *Partridge.* The judgment was affirmed in this court, on appeal, at the *November* term, 1864. 23 Ind. 124.

The execution was issued *March* 24th, 1865. The grounds of the motion are, that the bank was organized

under the act of *March* 28, 1852, authorizing and regulating the business of general banking, and that it had not complied with the requirements of section 48 of the act of *March* 3, 1855, 1 G. & H., p. 124, *et seq.*; that the bank did not redeem its circulation in coin, and that *Rogers*, the president of the bank, in whose name the judgment was obtained, died about the 1st of *March*, 1860. It was shown on the hearing that the claim on which the judgment was rendered was assigned to *Walker* in payment of a debt due him; that the assignment was made before the 1st of *March*, 1857; that the suit was, in fact, prosecuted for *Walker's* benefit, and the execution was issued for his use, and on his behalf, as assignee. The death of *Rogers* did not abate the action. 1 R. S. 1852, § 23, p. 157.

It is not shown that the auditor of state had instituted any proceedings against the bank under the 48th section of the act of *March* 3, 1855. We think, in the absence of any such proceeding, that the bank had until *March* 1st, 1857, to wind up its business, including the power to assign its *choses in action* to its creditors in payment of a debt. *Cunningham* v. *Clark*, 24 Ind. 7.

It is contended by the counsel for the appellee that an appeal cannot be taken to this court from an order overruling the motion to set aside the execution; that it is not a "final judgment," within the meaning of the statute. We think the appeal will lie.

The judgment is affirmed, with costs.

*J. E. McDonald, A. L. Roache* and *D. Sheeks*, for appellant.

*E. Walker*, for appellees.